# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 26-mj-1270 |
| | ) | |
| | ) | |
| | ) | |
| EUGENE ALBERT HORSCH | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 19, 2026  in the county of  Philadelphia  in the
Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a felon |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Curtis A. McRoy
*Complainant's signature*

Special Agent, Drug Enforcement Administration
*Printed name and title*

Sworn to before me and signed by telephone.

Date:  June 26, 2026

/s/ Craig M. Straw 6-26-2026
*Judge's signature*

City and state:          Philadelphia, Pennsylvania

Hon. Craig M. Straw, United States Magistrate Judge
*Printed name and title*