# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **MAGISTRATE NO. 26-MJ-1270** |
| **EUGENE ALBERT HORSCH** | : | |

### ORDER

AND NOW, this 29th day of June, 2026, is hereby

O R D E R E D

that the Warden of Curran-Fromhold Correctional Facility, produce the body of

EUGENE ALBERT HORSCH, DOB: December 21, 1981, Prisoner # 963128, on

Tuesday, June 30, 2026, into the custody of Agents from the DEA, for an initial

appearance on a Complaint and Warrant before the Magistrate Judge on Tuesday, June

30, 2026, and said prisoner shall remain in federal custody until the final disposition of

federal charges.

BY THE COURT:

/s/ PAMELA A. CARLOS

HONORABLE PAMERLA CARLOS
*Judge, United States Magistrate Court*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

    v.               :        **MAGISTRATE NO. 26-MJ-1270**

EUGENE ALBERT HORSCH    :

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its attorneys, David Metcalf, United States Attorney, and Maureen McCartney and Justin Ashenfelter, Assistant United States Attorneys, avers as follows:

l. Defendant Eugene Albert Horsch, DOB: December 21, 1981, Prisoner # 963128, is a state prisoner presently incarcerated at Curran-Fromhold Correctional Facility.

2. Defendant Eugene Albert Horsch is needed on Tuesday, June 30, 2026, for an initial appearance on a Complaint and Warrant.

The government therefore requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directed to the Warden of Curran-Fromhold Correctional Facility to produce the body of the above-named prisoner to Agents from the DEA for an initial appearance on a Complaint and Warrant on Tuesday, June 30, 2026, and direct that the prisoner shall remain in federal custody until the final disposition of federal charges.

Respectfully yours,

DAVID METCALF
United States Attorney


*/s Maureen McCartney*
MAUREEN McCARTNEY
JUSTIN ASHENFELTER
Assistant United States Attorneys


Date: June 29, 2026