**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA**   :

    **v.**                        :           **No. 2:26-mj-01270**

**EUGENE ALBERT HORSCH**    :

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF THE COURT:

    Kindly enter my appearance in the above-captioned matter.

                            Respectfully Submitted,

                            ***<u>/s/ Jerome M. Brown</u>***
                            Jerome M. Brown, Esquire
                            Attorney for Eugene Horsch