AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA McCartney and Ashenfelter )

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br><br><br>EUGENE ALBERT HORSCH<br>_____<br>*Defendant* | )<br>)<br>) Case No. **26-mj-1270**<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **EUGENE ALBERT HORSCH**                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint

❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:
See attached Affidavit

Date: **June 26, 2026** _____

*George Wylesol, Clerk of Court*
*U.S. District Court, Eastern District of PA*

_/s/Craig M. Straw 6-26-2026_
*Issuing officer's signature*

City and state:    Philadelphia, Pennsylvania _____

Hon. Craig M. Straw, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _06/26/2026_ , and the person was arrested on *(date)* _06/30/2026_ at *(city and state)* _Philadelphia, PA_ .<br><br>Date: _06/30/2026_         _TFO/Sgt. _____<br>                                      *Arresting officer's signature*<br><br>                           _TFO/Sgt. Vincent P. Dayton_<br>                                 *Printed name and title* |