# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

    v.                        :         **No. 2:26-mj-01270**

EUGENE ALBERT HORSCH    :


## ORDER

**AND NOW**, this          day of              , 2026, IT IS HEREBY

**ORDERED** that the Unopposed Motion to Extend the Time to File Pretrial Motions is

**GRANTED**. Counsel has 30 days from July 23, 2026, to file pretrial motions and Pretrial

Motions must be filed on or before August 26, 2026.


BY THE COURT:


_____
                                        J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

    v.                 :              **No. 2:26-mj-01270**

EUGENE ALBERT HORSCH    :

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Eugene Horsch, by his attorney, Jerome M. Brown, Esquire, hereby moves this Honorable Court to extend the time to file Pretrial Motions for a period of thirty (30) days and, in support thereof, states the following:

1. Eugene Horsch was indicted on July 9, 2026.

2. Counsel has 14 days to file Pretrial Motions.

3. Currently, counsel is on vacation and will return on July 27, 2026.

4. He has not had time to review all of the discovery and will need an additional 30 days upon his return to file any and all motions.

5. Counsel has spoken to AUSA Justin Ashenfelter, Esquire, who does not oppose this request.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant a thirty (30) day extension of time to file the Pretrial Motions until August 22, 2026.

Respectfully Submitted,

*/s/ Jerome M. Brown*
Jerome M. Brown, Esquire
Attorney for Eugene Horsch